FILED

2022 JUL 28 PM 1:10

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER **MJ 22-02933** |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| JARVIS PEOPLES | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: **WARRANT**
in the **NORTHERN** District of **MISSISSIPPI** on **4/25/2019**
at **1:21** ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about **8/18/2016**
in violation of Title **21** U.S.C., Section(s) **841**
to wit: _____

A warrant for defendant's arrest was issued by: **DAVID CREWS, CLERK OF COURT**

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _____, by

_____, Deputy Clerk.

Signature of Agent

Print Name of Agent: **TONY STOVALL**

Agency: **USMS**

Title: **DEPUTY U.S. MARSHAL**

CR-52 (05/98)      AFFIDAVIT RE OUT-OF-DISTRICT WARRANT