Case 2:22-mj-02933-DUTY   Document 2   Filed 07/28/22   Page 1 of 1   Page ID #:2

Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED
2022 JUL 28 PM 1:10

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
V.
JARVIS PEOPLES
USMS# 13420-510
DEFENDANT

CASE NUMBER: MJ 22-02933

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 7/28/22 at 1200 ☐ AM ☒ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   21 USC 841 DANGEROUS DRUGS

5. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required: ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1985

8. Defendant has retained counsel: ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): _____

11. Name: T. STOVALL   (please print)

12. Office Phone Number: 213-620-7676

13. Agency: U.S. MARSHALS

14. Signature: [signed]

15. Date: 7/28/22

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION