Name & Address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | MJ 22-02933 |
| Jarvis Cortez Peoples | FINAL COMMITMENT AND WARRANT OF REMOVAL |
| DEFENDANT(S). | __Northern__ District of __Mississippi__ At __Oxford__ (City) |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

- ☑ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Order of court
- ☐ Pretrial Release Violation Petition
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice

charging him or her with (brief description of offense) Drug distribution

- ☑ in violation of Title __21__ United States Code, Section(s) __841(a)(1)__
- ☐ in violation of the conditions of his or her pretrial release imposed by the court.
- ☐ in violation of the conditions of his or her supervision imposed by the court.

The defendant has now:

- ☑ duly waived arrival of process.
- ☑ duly waived identity hearing before me on __7/28/22__
- ☐ duly waived preliminary hearing before me on ____
- ☐ had a preliminary hearing before me on ____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
- ☐ had an identity hearing before me on ____, and it appears that the defendant is the person named as charged, and:
  - ☐ Bail has been set at $____ but has not been posted.
  - ☑ No bail has been set.
  - ☑ Permanent detention has been ordered.
  - ☐ Temporary detention has been ordered.

| July 28, 2022 | _/s/ Steve Kim_ STEVE KIM |
|---|---|
| Date | United States Magistrate Judge |

## RETURN

Received this commitment and designated prisoner on ____, and on ____, committed him to ____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

| Date | Deputy |
|---|---|